UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/06
```

United States of America,

-v-

Jose Richardson
                    Defendant.

Case No. S2-05-CR-156 (KMK)

ORDER
ECF

KENNETH M. KARAS, District Judge:

For the reasons stated on the record on September 25, 2006, the suppression motion filed by defendant Jose Richardson is hereby denied. The Clerk shall terminate the motion (Document #191).

Jury selection and trial for all defendants is set for October 3, 2006 at 10am.

SO ORDERED.

Dated:      September 25, 2006
            New York, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE